AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| Jeffrey McCrobie <br> *Plaintiff* <br> v. <br> JDS Recovery, LLC <br> *Defendant* | ) ) ) ) ) ) ) | Civil Action No. 5:13-cv-0019 <br> Judge Adams <br> Magistrate Judge Burke |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JDS Recovery, LLC
c/o Kyle Lavender
35-15 84th Street 2H
Jackson Heights, NY 11372

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Richard J. Meier, Esq.
Meier LLC
53 W. Jackson Blvd, Suite 304
Chicago, IL 60604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith

*CLERK OF COURT*

Date: 1/4/2013



s/Terri L. Masich

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:13-cv-0019

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JDS Recovery, LLC c/o Kyle Lavender
was received by me on *(date)* 1/14/2013 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Return of service by Clerk unexecuted. Service attempted on 1/18/2013 and 2/4/2013, marked unclaimed.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/19/2013      s/ Kristina Hodgkinson
                          *Server's signature*

                      Kristina Hodgkinson, Deputy Clerk
                          *Printed name and title*

                      2 South Main Street, Suite 568
                      Akron, Ohio 44308
                          *Server's address*

Additional information regarding attempted service, etc:



CERTIFIED MAIL

7004 2510 0001 9320 3371

U.S. POSTAGE
$5.95
FCM LETTER
60604
Date of sale
01/11/13
06  2S00
08283655

JDS Recovery, LLC
c/o Kyle Lavender
35-15 84th Street 2H
Jackson Heights, NY 11372

UNCLAIMED

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 5:13cv19 JRA

   JDS Recovery
   c/o Kyle Lavender
   35-15. 84th Street, 2H
   Jackson Heights, NY 11372

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 9320 3371

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540